**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NO. MCP60699,** | ) | |
| **Plaintiffs,** | ) | **Case No. 1:13-cv-0062** |
| **v.** | ) | |
| **BOQUERON COMMUNICATION GROUP (V.I.) INC.,** | ) | |
| **Defendant.** | ) | |

**ORDER**[1]

**THIS MATTER** comes before the Court on Defendant Boqueron Communication Group (V.I.) Inc.'s ("Defendant" or "Boqueron") Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (Dkt. No. 98.). Magistrate Judge Emile Henderson III issued a Report and Recommendation ("R&R") on June 16, 2026, Dkt. No. 144, recommending that: (1) Boqueron's motion to dismiss pursuant to Rule 12(b)(1) be denied; (2) Boqueron's motion to dismiss Counts I and II of the Amended Complaint based on Rule 12(b)(6) be denied; and (3) Boqueron's motion to dismiss Count IV of the Amended Complaint be granted based on the agreement of the parties. *Id*. at 22-23. Neither side filed an objection to the R&R. The Court conducted a de novo review of the record and has made an independent determination finding no error.[2] Accordingly, it is hereby

[1] Due to the retirement of the judge previously assigned to this case, the undersigned, exercising his authority as Chief Judge of the District Court, reassigned this case to himself on February 17, 2026.

[2] *See Hill v. Barnacle*, 655 Fed. Appx. 142, 148 (3d Cir. 2016) (opining that the district court is not required to make separate findings or conclusions when reviewing a Magistrate Judge's report and recommendation de novo under 28 U.SC. § 636(b)) (citing *Elmendorf Grafica, Inc. v. D.S. America, Inc.*, 48 F.3d 46, 49-50 (1st Cir. 1995) (opining that "[28 U.S.C. § 636(b)] authorizes the district court to adopt in whole as well as in part the proposed findings and recommendations of the magistrate judge. Where, as here, the magistrate judge decided

**ORDERED** that the Magistrate Judge's Report and Recommendation, Dkt. No. 144, is **APPROVED** and **ADOPTED** as an Order of this Court as if fully set forth herein; it is further

**ORDERED** that Defendant's Motion to Dismiss, Dkt. No. 98, is **GRANTED IN PART and DENIED IN PART.** The motion is **DENIED** to extent it seeks dismissal of Counts I and II of the Amended Complaint. The motion is **GRANTED** to the extent it seeks dismissal of Count IV of the Amended Complaint.

**Dated:** September 2, 2026

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**

---

on an undisputed factual record, the district court was certainly not required to rehash the magistrate judge's reasoning. The role of the magistrate judge is 'to relieve courts of unnecessary work.'") (citations omitted).